UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHY JO SUTTON,

       Plaintiff,                                Case No. 1:20-CV-507

v.                                                  Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

**JUDGMENT**

In accordance with the Stipulation and Order of Remand filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g), and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Stipulation and Order of Remand.

    **IT IS SO ORDERED.**

Dated:  October 25, 2021                /s/ Ray Kent
                                                       RAY KENT
                                                       United States Magistrate Judge